JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| William Coupon, | Case No. 2:24-cv-08677-CBM-JPR |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING JOINT MOTION TO DISMISS PURSUANT TO FRCP 41(a)(1)(A)(ii)** |
| Wolfsdorf Rosenthal LLP, | |
| Defendant. | |

    Having read and considered the Stipulated Notice of Voluntary Dismissal, filed by Plaintiff William Coupon and Defendant Wolfsdorf Rosenthal LLP, IT IS HEREBY ORDERED THAT, this action is DISMISSED WITH PREJUDICE in its entirety, with each party bearing his or its own costs, expenses and attorney's fees incurred in the prosecution or defense of their respective claims and defenses.

IT IS SO ORDERED.

DATED: February 11, 2025

                                                    Hon. Consuelo B. Marshall
                                                   United States District Judge